United States District Court
Southern District of Texas
**ENTERED**
July 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA G. CAVAZOS, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 7:17-CV-368 |
| | § |
| ALLSTATE VEHICLE AND PROPERTY | § |
| INSURANCE COMPANY, *et al*, | § |
| | § |
| Defendants. | § |

## ORDER

The Court now considers the "Agreed Motion to Dismiss with Prejudice" filed by the parties.[1] Maria G. Cavazos and Humberto G. Cavazos (collectively "Plaintiffs") and Allstate Vehicle Property and Insurance Co. and Eric Hunsicker (collectively "Defendants") request the Court to dismiss this case because "Plaintiffs no longer desire to pursue this suit against Defendants, and desire to dismiss all claims against Defendants in this case with prejudice to refiling same."[2] Federal Rule of Civil Procedure 41(a)(2) provides that a plaintiff may request a dismissal of an action through court order. As Defendants are in agreement, the Court **DISMISSES WITH PREJUDICE** this action. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of July, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.
[2] *Id.*